UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT R. POREMSKI,

    Petitioner,

v.                                 CASE NO. 8:05-CV-1177-T-27TBM

JAMES V. CROSBY, JR., et al.,

    Respondents.
_____/

## ORDER

Petitioner, a inmate in the Florida penal system proceeding *pro se*,[1] initiated this cause of action by filing petition for federal habeas relief pursuant to 28 U.S.C. § 2254 (Dkt. 1). Petitioner challenges his 2002 conviction for attempted first degree murder entered by the Sixth Judicial Circuit Court, Pinellas County, Florida. Petitioner did not pay the $5.00 filing fee or seek leave to proceed *in forma pauperis*, one of which is required to be done within thirty days of the commencement of the action. *See* Local Rule 1.03(e) (M.D. Fla. 2004).

ACCORDINGLY, the Court **ORDERS** that:

---

[1] Petitioner is cautioned that although you are appearing *pro se*, you are required to comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Rules Governing Section 2254 Cases (2005). Failure to do so could result in sanctions, including dismissal of your claims. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Petitioner must also provide a self-addressed envelope with $3.95 postage affixed thereto. The Local Rules measure 8 1/2" x 11" x 1/2". A copy of the Local Rules may be found in the institution's law library. They may also be found in Florida Rules of Court available from West Group, 620 Opperman Drive, St. Paul, Minnesota 55164.

1. Petitioner shall, within **TWENTY (20) DAYS** hereof, pay the $5.00 filing fee or file an Affidavit of Indigency seeking leave to proceed *in forma pauperis*.

2. The **Clerk** shall enclose a copy of the court-approved Affidavit of Indigency form.

3. No further action shall be taken with regard to Petitioner's petition until either the $5.00 filing fee or a properly completed Affidavit of Indigency is received by the Clerk.

4. Failure to comply with this order within the allotted time may result in the **dismissal** of this action <u>without further notice</u>.

**ORDERED** in Tampa, Florida, on  Oct. 31st , 2005.

THOMAS B. McCOUN, III
United States Magistrate Judge

Copy furnished to:
*Pro Se* Petitioner
SA:jsh